** §362 INFORMATION SHEET **

Todd and Christine Depriest        10-27695-LBR
DEBTOR                             BK NO.         MOTION NO.

Wells Fargo Bank, N.A.                  13
MOVANT                                  Chapter

PROPERTY INVOLVED IN THIS MOTION: 9541 New Utrecht Street
                                  Las Vegas, NV 89178

NOTICE SERVED ON:
DEBTOR(S) x      ; DEBTOR(S)' COUNSEL  x       TRUSTEE   X

DATE OF SERVICE:

| MOVING PARTY'S CONNECTIONS: | DEBTOR'S CONNECTIONS: |
|---|---|
| THE EXTENT and PRIORITY of LIENS: | THE EXTENT and PRIORITY of LIENS: |
| 1ST | 1st Wells Fargo Bank, N.A. ($ 235,765.00) |
| 2nd | 2ND |
| 3RD | 3RD |
| 4TH | 4TH |
| OTHER | OTHER Taxes $18,695.00 |
| TOTAL ENCUMBRANCES: | TOTAL ENCUMBRANCES: $245,227.26 |
| APPRAISAL or OPINION as to VALUE: | APPRAISAL or OPINION as to VALUE: $ 110,887.00 |

| TERMS of MOVANT'S CONTRACT with the DEBTOR: | DEBTOR'S OFFER OF "ADEQUATE PROTECTION" for MOVANT: |
|---|---|
| AMOUNT OF NOTE: $ 235,765.00 | |
| INTEREST RATE: 6.0% | Cure over 6 months |
| DURATION: 30 years | |
| PAYMENT PER MONTH: $1,774.83 | SPECIAL CIRCUMSTANCES: |
| DATE OF DEFAULT: 10/01/2010 | SUBMITTED BY: |
| AMOUNT IN ARREARS: $ 10,375.80 | STEPHAN MANNING, ESQ. |
| Date of Notice of Default: n/a | Signature: /S/Stephen Manning |
| | Nevada Bar # 011195 |
| | 1118 E. Carson Avenue |
| | Las Vegas, NV 89101 |

**LAW OFFICE OF FRANK SORRENTINO**
FRANK SORRENTINO, ESQ.
Nevada Bar No. 000421
STEPHEN MANNING, ESQ.                                **E-Filed On:** 04-22-2011
Nevada Bar No. 011195
1118 East Carson Avenue
Las Vegas, Nevada 89101
(702) 384-6824
Attorney for Debtors

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| In Re | ) | Case No.: BK-S-10-27695-LBR |
| | ) | Chapter 13 |
| | ) | |
| **TODD DEPRIEST and** | ) | Hearing Date: **May 11, 2011** |
| **CHRISTINE BEATINGO-DEPRIEST** | ) | Hearing Time: **10:30 a.m.** |
| | ) | |
| Debtors | ) | |
| _____ | ) | |

**OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY**

COME NOW, Debtors, TODD DEPRIEST and CHRISTINE BEATINGO-DEPRIEST, by and through their attorney, STEPHEN MANNING, ESQ., of the LAW OFFICE OF FRANK SORRENTINO, and respectfully request this Court to deny the MOTION FOR RELIEF FROM AUTOMATIC STAY filed by WELLS FARGO BANK, N.A. by and through its attorney, GREGORY L. WILDE, ESQ., of TIFFANY & BOSCO, P.A.

**POINTS AND AUTHORITIES**

11 USC Section 362(d)(1) states that the Court may terminate, modify or condition stay:

> "for cause, including the lack of adequate protection of an interest in property of such party in interest;—"

11 USC Section 362(d)(2) the Court may terminate, modify or condition a stay:

> "with respect to a stay of an act against property under subsection (a) of this section, if-
>
> (A)   the debtor does not have an equity in such property AND
>
> (B)   such property is not necessary to an effective reorganization

1

**STATEMENT OF FACT**

Debtors' property is located at 9541 New Utrecht, Las Vegas, NV 89178. The property was valued at approximately $ 110,887.00 at the time of filing. Debtors' home is necessary for an effective reorganization.

11 USC Section 362(d)(1) may apply as:

1. Debtors' are in the process of inquiring about a possible loan modification.

**CONCLUSION**

THEREFORE, Debtors request that the MOTION FOR RELIEF FROM AUTOMATIC STAY be denied so that Debtors may proceed with their loan modification.

DATED this 22nd day of April, 2011.

```
                              LAW OFFICE OF FRANK SORRENTINO


                                    /s/ Stephen Manning
                              By:_____
                                    STEPHEN MANNING, ESQ.
                                    Nevada Bar No. 011195
                                    1118 East Carson Avenue
                                    Las Vegas, Nevada  89101
                                    Attorney for Debtors
```

**CERTIFICATE OF MAILING**

I, the undersigned, an employee of the Law Office of Frank Sorrentino, hereby certify that on the 22nd day of April, 2011, I deposited in the United States Mail, first class mail, postage pre-paid, a true and correct copy of the **Opposition to Motion For Relief From Automatic Stay** to all parties listed below:

Rick A. Yarnall
Chapter 13 Trustee
701 Bridger Avenue, # 820
Las Vegas, Nevada  89101

Gregory L. Wilde, Esq.
Wilde & Associates
212 S. Jones Blvd.
Las Vegas, Nevada  89107

Todd and Christine Depriest
9541 New Utrecht Street
Las Vegas, NV 89178

By /s/ Angela P. Ballard
**An Employee of the Law Office of Frank Sorrentino**

3